# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

**Airman ANTONIO O. LOVE**
**United States Air Force**

**ACM S32208**

**25 June 2014**

Sentence adjudged 15 January 2014 by SPCM convened at Whiteman Air Force Base, Missouri. Military Judge: Ronald A. Gregory (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 2 months, and reduction to E-1.

Appellate Counsel for the Appellant: No counsel assigned.

Appellate Counsel for the United States: Colonel Don M. Christensen.

Before

MARKSTEINER, WEBER, and MITCHELL
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

LEAH M. CALAHAN
Deputy Clerk of the Court